GO11-2(b) / SK      /3

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICTS OF ARKANSAS

IN RE: ALICE FAYE BUCHANAN

CASE NO: 4:10-bk-14430 M
Chapter 13

## CHAPTER 13 ORDER TO PAY TRUSTEE

### (DIRECT PAY)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the debtor named above shall pay the sum of **$1,816.00 MONTHLY** and each succeeding period thereafter to:

Mark T. McCarty, Trustee
P.O. Box 190120
Little Rock, AR  72219-0120

IT IS FURTHER ORDERED,   that all funds forwarded to the Trustee shall be by money order, cashiers check or certified funds and **are due by the 27th of each month unless scheduled otherwise**.

IT IS FURTHER ORDERED, that the payments required herein are to commence on July 01, 2010.

IT IS FURTHER ORDERED THAT this Order supersedes any previous order to the debtor to make payments to the Trustee in this case.

Date: 06/23/2010

/s/ JAMES G. MIXON
James G. Mixon, Bankruptcy Judge

cc:   ALICE FAYE BUCHANAN
Kent Pray
MARK T. MCCARTY